## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

---

**NIKO IASHVILI #A249-262-027**                    **CASE NO.  25-cv-1150 SEC P**

**-vs-**                                              **JUDGE DRELL**

**U.S. IMMIGRATION & CUSTOMS**          **MAGISTRATE JUDGE PEREZ-MONTES**
**ENFORCEMENT, ET AL.**

---

<u>ORDER</u>

Before the court are: An "Emergency Motion to Stay Removal Scheduled for March 8, 2026" (Doc. 22) ("Motion to Stay") and a Report and Recommendation  regarding petitioner's writ of habeas corpus in which he seeks release from detention pursuant to <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001) (Doc. 17).

In the Report and Recommendation the Magistrate Judge recommended Petitioner's release from custody as he showed there was good reason to believe there wasn't a significant likelihood he would be removed in the foreseeable future.  However, Petitioner's own Motion to Stay indicates that removal to Moldova, a third country, is imminent.  That being the case, the Government is entitled to have him removed based upon his status and the finding of a third country.

As to Petitioner's Motion to Stay, we note that the basis for his entire motion is conjecture that he might be sent from Moldova to Georgia where he fears he will be tortured.  He has not provided, and the record is devoid of, any evidence to support his belief.  Further, he summarily states that constitutional concerns are raised when a third-country removal is ordered without meaningful notice, ties to that country, and an opportunity to object,  Yet, he provides no facts or

argument indicating how he is impacted by the same. Thus, there is no basis upon which to grant the requested emergency relief. Accordingly,

IT IS ORDERED that the Report and Recommendation (Doc. 17) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Motion to Stay (Doc. 22) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana this 6th day of March 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT